**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Joyce Columbus

Appellate case number:   01-21-00272-CV

Trial court case number:  035118

Trial court:             12th District Court of Grimes County

This original proceeding was abated to permit the successor judge to reconsider the order relator is challenging. A supplemental clerk's record was filed containing the successor judge's ruling.

Accordingly, the abatement is **lifted** and the case is reinstated on the active **docket**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                ☑ Acting individually   ☐ Acting for the Court

Date: __October 27, 2022_____